UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 16 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SKOT HECKMAN; et al., <br><br>  Plaintiffs - Respondents, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER, LLC., <br><br>  Defendants - Petitioners. | No. 25-8114 <br><br> D.C. No. 2:22-cv-00047-GW-KES <br> Central District of California, <br> Los Angeles <br><br> ORDER |

Before: W. FLETCHER, CHRISTEN, and VANDYKE, Circuit Judges.
Order by Judges W. FLETCHER and CHRISTEN; Dissent by Judge VANDYKE.

The motion (Docket Entry Nos. 9 and 15) for leave to file a reply in support of the petition is granted.

The petition for permission to appeal is denied. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing factors this court considers in analyzing a Rule 23(f) petition).

The unopposed motions (Docket Entry Nos. 1, 16, 18) to maintain documents under seal are granted. The clerk will file publicly the motions to seal (Docket Entry Nos. 1.1, 16.1, and 18.1). The clerk will maintain under seal the petition and its exhibits (Docket Entry No. 2), the answer (Docket Entry Nos. 10.2, 14, and 18.2), and the reply (Docket Entry Nos. 16.2 and 17). Within 21 days, petitioners must submit for public filing redacted versions of the petition and its

exhibits, the answer, and the reply. The page numbering in the public versions must remain the same as in the sealed versions.

    Judge VanDyke would grant the petition.